ORIGINAL

1   TOWNSEND AND TOWNSEND AND CREW LLP
    PETER H. GOLDSMITH (State Bar No. 91294)
2   Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
3   Telephone: 415.576.0200
    Facsimile: 415.576.0300
4
    Attorneys for Plaintiff and Counterdefendant
5   JUMPSPORT, INC.                                    E-Filing

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   JUMPSPORT, INC., a California corporation,    Case No.   C 04-0199 PJH

13                  Plaintiff,

14            v.                                   **STIPULATION TO DISMISS ACTION
                                                  FOR DECLARATORY RELIEF** AND ORDER
15   HEDSTROM CORPORATION, a Delaware
     corporation; KMART CORPORATION, a
16   Michigan corporation; TARGET
     CORPORATION, a Minnesota corporation;
17   TOYS "R" US-DELAWARE, INC., a Delaware
     corporation; and DOES 1 through 100,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to their Settlement Agreement, effective as of July 25, 2005, Plaintiff Hedstrom

2    Corporation (Hedstrom) and Defendant JumpSport, Inc. (JumpSport) jointly move to dismiss with

3    prejudice all claims for declaratory relief filed by or on behalf of Hedstrom against JumpSport.

4

5    DATED: May __15__, 2006        Respectfully submitted,

6                                  TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                  By:_____
                                      Peter H. Goldsmith
9
                                   Attorneys for Plaintiff and Counterdefendant
10                                 JumpSport, Inc.

11

12

13   DATED: May __11__, 2006        Respectfully submitted,

14                                  CESARI AND McKENNA LLP

15

16                                 By:_____
                                      Kevin Gannon
17
                                   Attorneys for Defendant and Counterplaintiff
18                                 Hedstrom Corporation

19   60769532 v1

20

21

22

23

24

25

26

27

28

**ORIGINAL**

1   TOWNSEND AND TOWNSEND AND CREW LLP
    PETER H. GOLDSMITH (State Bar No. 91294)
2   Two Embarcadero Center, 8ᵗʰ Floor
    San Francisco, California  94111
3   Telephone: 415.576.0200
    Facsimile: 415.576.0300
4
    Attorneys for Plaintiff and Counterdefendant
5   JUMPSPORT, INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   JUMPSPORT, INC., a California corporation,        Case No.   C 04-0199 PJH

13                    Plaintiff,

14               v.                                    [~~PROPOSED~~] ORDER GRANTING
                                                       PLAINTIFF JUMPSPORT, INC.'S AND
15   HEDSTROM CORPORATION, a Delaware                  DEFENDANT HEDSTROM
     corporation; KMART CORPORATION, a                 CORPORATION'S JOINT MOTION TO
16   Michigan corporation; TARGET                      DISMISS ACTION FOR DECLARATORY
     CORPORATION, a Minnesota corporation;             RELIEF
17   TOYS "R" US-DELAWARE, INC., a Delaware
     corporation; and DOES 1 through 100,
18
                     Defendant.
19

20

21

22

23

24

25

26

27

28

1    The parties' stipulated motion to dismiss Hedstrom's claims for declaratory relief, pursuant to

2    their July 25, 2005, Settlement Agreement, is **GRANTED**.

3    All claims for declaratory relief filed by or on behalf of Hedstrom against JumpSport are

4    **DISMISSED** with prejudice.

5

6    Dated this _____ day of May, 2006.

7                              6/2/16

8                                                    _____
                                                     United States District Court Judge
9    60776333 v1

1

**CERTIFICATE OF SERVICE**

2

3
I, Linda Hegenbarth, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

4

5

6
On May 17, 2006, I served the following document(s): **[PROPOSED] ORDER GRANTING PLAINTIFF JUMPSPORT, INC.'S AND DEFENDANT HEDSTROM CORPORATION'S JOINT MOTION TO DISMISS ACTION FOR DECLARATORY RELIEF** on the parties in this action

7

8

9
[X]   By U.S. Mail: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Fed. Rule Civ. Proc. 5(b).

10

11

12
[ ]   By Federal Express: I am "readily familiar" with the firm's practice of collection and processing of correspondence for Federal Express. Under that practice it would be deposited with Federal Express on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. CCP §1013(c).

13

14
[ ]   By Personal Service by Messenger: I caused such documents to be placed in an envelope and given to an employee of First Legal Support Services with instructions to hand deliver such envelope to the below-referenced address on May 17, 2006. Fed. Rule Civ. Proc. 5(b).

15

16
[ ]   By Facsimile: On May 17, 2006, the document was transmitted by facsimile transmission from facsimile machine number (415) 576-0300 to the following persons at the following fax numbers:

17
Thomas O'Konski

18
Kevin Gannon
Cesari & McKenna LLP
88 Black Falcon Avenue

19
Boston, MA  02210

20
*Tel: 617.951.2500*
*Fax: 617.951.3927*

21

22
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

Executed on May 17, 2006, at San Francisco, California.

24

25

26
Linda Hegenbarth

27

28